IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                        Civil Action No. <u>2:18-cv-01325</u>

**IN THE SUM OF $42,054.45 IN U.S. CURRENCY,**

      **Defendant.**

### <u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>

    Plaintiff, United States of America, by its representative, Christopher R. Arthur, Assistant United States Attorney for the Southern District of West Virginia, hereby brings this Complaint and alleges as follows in accordance with Supplemental Rule G of the Federal Rules of Civil Procedure:

### <u>NATURE OF THE ACTION</u>

    1.   This is a civil forfeiture action brought on behalf of the United States of America, for the forfeiture of a certain sum in the amount of $42,054.45 ("Funds") of U.S. currency constituting proceeds of, or substitute assets up to an equivalent value ("Substitute Assets") which was used or intended to be used in any manner or part to commit or to facilitate the commission of one or more violations of 21 U.S.C. § 331 and therefore are subject to forfeiture pursuant to 18 U.S.C. § 982(a)(7).

**FUNDS IN REM AND POTENTIAL INTERESTED PARTIES**

2.   The Funds or Substitute Assets are directly traceable to Mr. Karl O'Dell's ("Mr. O'Dell") illegal activity pursuant to 18 U.S.C. § 371; 21 U.S.C. § 331, and is being forfeited under 18 U.S.C. § 982(a)(7).

**JURISDICTION AND VENUE**

3.   Plaintiff, United States of America, brings this action in rem in its own right to forfeit and condemn Mr. O'Dell's Funds, or to seize Substitute Assets from the illegal activity.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a); and over this particular action under 18 U.S.C. § 982(a)(7).

4.   Venue is proper in this district, pursuant to 28 U.S.C. § 1355(b)(1)(A), since the acts or omissions giving rise to the forfeiture occurred in the Southern District of West Virginia.

**BASIS FOR FORFEITURE**

5.   The Funds or Substitute Assets up to an equivalent value are subject to forfeiture pursuant to 18 U.S.C. § 982(a)(7) as property constituting, derived from, or traceable as proceeds to a violation of 21 U.S.C. § 331, a federal health care offense within the meaning of 18 U.S.C. § 24, involving the introduction

2

into interstate commerce of a modified drug, or the conspiracy to modify a drug.

6. Plaintiff intends to rely on the provisions of 18 U.S.C. §§ 983 and 984, and Rule 32.2 of the Federal Rules of Criminal Procedure to establish that the Funds or Substitute Assets are subject to a forfeiture as set forth herein.

## FACTS

7. The below facts alleged in this Complaint are Verified by Special Agent Mark V. Bartley of the United States Food and Drug Administration.

8. Mr. O'Dell, in his capacity as the president, owner and pharmacist-in-charge of the Boyd County Pharmacy, conspired to introduce and cause to be introduced into interstate commerce quantities of oxycodone and hydrocodone, both drugs or controlled substances within the meaning of the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 321(p), which were misbranded under 21 U.S.C. § 353(b)(1), and held for sale after being shipped in interstate commerce, a prohibited act under 21 U.S.C. § 331(k).

9. After receiving large quantities of the powder oxycodone and hydrocodone, Mr. O'Dell manufactured oxycodone and hydrocodone capsules in bulk quantities. Mr. O'Dell then dispensed the capsules to the Clinic patients with knowledge that the prescriptions written by the Clinic physicians for the compounded

oxycodone and hydrocodone were not for a legitimate medical purpose by the Clinic practitioners and, therefore, were not valid prescriptions.

10. On or about April 5, 2017, Mr. O'Dell pled guilty to a single-count violation of 18 U.S.C. 371 (conspiracy to misbrand).

11. In the plea agreement, Mr. O'Dell "agrees that he profited from the offense of conviction in the amount of $42,054.45."

12. Mr. O'Dell further "agrees to the filing of a civil action by the United States for unjust enrichment by him in the amount of $42.054.45. Mr. O'Dell agrees to waive service of the complaint and agrees to assist the United States by providing sworn testimony and to execute any documents deemed necessary by the United States to effectuate the settlement and transfer of a money judgment in the amount of $42,054.45 to the United States."

13. The Court scheduled the sentencing hearing to occur on November 29, 2018.

14. The $42,054.45 in funds identified for forfeiture herein constitute or are derived from payments to Mr. O'Dell that were funded by the illegal activities described.

15. Mr. O'Dell used the $42,054.45 to facilitate his criminal activities.

16. Mr. O'Dell was unjustly enriched by the receipt of

4

$42,054.45 in funds derived from illegal activities.

17. If the $42,054.45 in Funds no longer are available, then the United States seeks substitute assets that are available up to an equivalent value.

WHEREFORE, the United States prays that process of warrant in rem issue for the arrest of the currency in the amount of $42,054.45; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring funds in the amount of $42,054.45 or substitute assets up to comparable value be forfeited to the United States for disposition according to law; and that the United States be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

Michael B. Stuart
United States Attorney

s/ Christopher R. Arthur
Christopher R. Arthur
Assistant United States Attorney
WV State Bar No. 9192
300 Virginia Street, 4000
Charleston, WV  25701
Telephone:  304-340-3522
Fax:  304-347-5104
E-mail: chris.arthur@usdoj.gov

5

**VERIFICATION**

I, Mark Bartley, Food & Drug Administration, declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Complaint for Forfeiture in rem is based upon information I have gathered and which has been provided to me by various law enforcement personnel, and that everything contained therein is true and correct to the best of my knowledge and belief.

Executed on September 27th, 2018.

*Mark Bartley*

Taken, subscribed and sworn to before me this 27th day of September, 2018.



*Diana L. Roberts*
Notary Public

My commission expires on April 26, 2020.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
The sum of $42,054.45 in United States Currency

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Kanawha
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. 331
Brief description of cause:
Forfeiture or drug proceeds

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 9/27/18

SIGNATURE OF ATTORNEY OF RECORD   *Christopher R. Arth* (signature)

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____